**Exhibit A to the Complaint**

**Location:** Pelham, NY  **IP Address:** 108.14.55.246
**Total Works Infringed:** 32  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 6D40E6B3C68E4347A8776C49A5F33AED77C35A3C<br>File Hash: 23CEF8CDE126E624213A1BBC3AEC0ED99E29DC5FCEECCC7F6D3EC3C7F4E9CF6E | 07-09-2021 18:23:55 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 2 | Info Hash: 41FB2CBF966E46F22A25FD76BDD410A8471049EC<br>File Hash: DD4417468B662B9827290D264D5B54C111AC890547FBCB6ABBD60102A932603B | 07-09-2021 18:23:50 | Blacked Raw | 06-21-2021 | 07-08-2021 | PA0002300661 |
| 3 | Info Hash: 3B4EA9DAAA3B1FC2F3D187FD1021BC9E4511C74A<br>File Hash: E1679995451088F985398F3E2F3CBDEF368CB39F12EDA01031CDA26AA4202C00 | 07-09-2021 18:16:51 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 4 | Info Hash: 2633CD97981B90290A6B07878DB24E95843051FD<br>File Hash: 12BFDB30AB4F19B7B4077D5B64A15D8A0C2A2F8AB5C3A0E5D9212F62656E8838 | 07-03-2021 09:04:01 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |
| 5 | Info Hash: 9CD7CFD962DE7804CF2507733B747EEB28B25D1E<br>File Hash: CC3818D230E86A51A6697869E4F66F58703FCE9CA81ECB5782A8A652486993F1 | 07-03-2021 08:51:43 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |
| 6 | Info Hash: 74964D3B38DB0C336AE21C64536CCC10081EBDDF<br>File Hash: 296984FF61F9590FBD6049CF61271D6BFAE9D17CD3D76DAA5B4CAFD611B822C4 | 07-03-2021 08:37:45 | Blacked Raw | 06-28-2021 | 07-08-2021 | PA0002300664 |
| 7 | Info Hash: 32EAB20A9B2E50DC4BF56C17FE55379EAC2D35A4<br>File Hash: 332F47B8AE1F4C7DDDC90D81EDD3A996200C8249BC701F239B99D44E85F89892 | 07-03-2021 08:36:37 | Blacked Raw | 06-14-2021 | 08-02-2021 | PA0002305094 |
| 8 | Info Hash: AFBB3BF610E75EB9C3739FB83BA240B864228C90<br>File Hash: C8E451C8A7BCEDC3F2B5D1FDD9A1D0AC6FB32DE4F097B01B590BA5F4B20F6001 | 06-15-2021 22:29:51 | Blacked | 06-12-2021 | 07-08-2021 | PA0002300659 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 43E61D45E9E5B6B9B2682900678C8B7AC0EC7F0F<br>File Hash: 28B1CD07F1186F2C2F13FF5C2CEA5E6164DFE9C7EA8F4B540354CB6964AC73F3 | 06-15-2021 17:12:27 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 10 | Info Hash: ED7876C01554DC0240AEC5A97EC30C00050D406F<br>File Hash: 4516D9BAA03BE3C57E19ACC0A54C047E0FB91F2E2D968B4F274661933EEEB154 | 06-15-2021 17:11:18 | Blacked Raw | 05-24-2021 | 06-24-2021 | PA0002303153 |
| 11 | Info Hash: 4250487D9BBC3E487E7A757F032DB819FDA1292C<br>File Hash: C908CEAC1EFC4FD506BA0EDB7440D378F8844D7C4493C0CB1AEBDA2A65C29DBB | 06-15-2021 17:05:32 | Blacked | 05-29-2021 | 07-08-2021 | PA0002300658 |
| 12 | Info Hash: 622195ABB8B53CD431F9F6A08A2BBF336C3DB775<br>File Hash: 4D10452541ECB322A2EE67ED442F7A49D24F2D9D541FBCF8F8C1DFDE9FEF4579 | 06-07-2021 21:12:16 | Blacked Raw | 05-17-2021 | 06-03-2021 | PA0002299687 |
| 13 | Info Hash: A4217C332CF806017EE6C8CF1E5151DFF8833788<br>File Hash: A5C5CCE866EC37B20892846DE00B32E7F46D3E3BCED9E20695DD1B57A161F291 | 06-01-2021 23:09:54 | Blacked Raw | 05-10-2021 | 06-15-2021 | PA0002296920 |
| 14 | Info Hash: 0F2348656BCA95DEFEDB64CE2ABC032472709F54<br>File Hash: 9DDAC032E4C0EAEF286FB2E54C4FE15F44C361508B56DFDDEE903CA16E742956 | 06-01-2021 22:30:49 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 15 | Info Hash: 08FD9F6BD6033A347BAD674DA1325B52942D1FA9<br>File Hash: 2B358F56230930AA8094C910F1811E6F226EF3DD29991C70B4F88C2046B2E304 | 05-20-2021 13:57:50 | Blacked Raw | 05-03-2021 | 06-15-2021 | PA0002296918 |
| 16 | Info Hash: 73FF56417B80001A7B359B7AD950366EA706DF13<br>File Hash: EDBBA2130B528B643297E287CBD82189A1FFD31C0F9FA6A943D45F021911BA7A | 05-11-2021 19:53:11 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 17 | Info Hash: 008DA188005ACDC2FA70B3EB1000EE4E82486224<br>File Hash: 00A4757DDA67F9843A2086E80C313DAF963BD9C300BF0EA7AD2DBAC2B7696FFE | 04-28-2021 11:20:43 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: F1ADA4B152635E374CB02CBB2734821C1EBA0FEA  File Hash: 02AD89DB00967266D1A58564DDB8DDFF0473A5FF9E19DC0A69AAF10B6DEB6F4F | 04-28-2021 11:20:06 | Blacked | 04-10-2021 | 06-09-2021 | PA0002295605 |
| 19 | Info Hash: 10C91184EF279775EAD44F654BDD1466DEF80FF6  File Hash: 889C75786835EAFDB35672E2E8F6950C938E03AC610088DF4E9CA6F94C243FE8 | 04-14-2021 21:06:46 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 20 | Info Hash: 890C3437529B678E2DFF8A7A86A3006FF2D7B85D  File Hash: 3E0756F0FD3E4A8F28FB50DE99E5B5E44D5CCEF60B28C0BB7F201719D7CEEB72 | 04-01-2021 23:47:16 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 21 | Info Hash: 2C6E25DA6922E2C9269378498DA9F33CF6016BF1  File Hash: 8789678992DCF14336251C54773CBD716197010477909F5BD6930C47A9F234E8 | 04-01-2021 23:44:54 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 22 | Info Hash: F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD  File Hash: 8D4F97C4D42441372872A9B38EED6DD63FA53A39C2FEC53A1469AA10F9874617 | 03-30-2021 19:46:49 | Blacked | 07-04-2017 | 07-07-2017 | PA0002070819 |
| 23 | Info Hash: 1CE2DBF84D40D15496186DBFD8E43977A7D93EDE  File Hash: 5BBD49965FD004EC746D9A122E3B012B2FCECD8243DCA91A4592927C924A5A3F | 03-25-2021 19:06:44 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 24 | Info Hash: A985E7AC9C0F50A326C777C6E8DAC1A92A268746  File Hash: F2E40788FEA4B9AE0E54288F770BB334B94EF717C56D9ADFCE5BF5D67D87F891 | 03-25-2021 18:13:57 | Blacked Raw | 03-22-2021 | 04-14-2021 | PA0002286722 |
| 25 | Info Hash: 15703C64531B7F3820339C06473B13AB5FC50979  File Hash: D4CCC3F901BCC7E6E808078BDD2C1A5A072F48CB12874A84763DB3794B0A7FDD | 03-19-2021 19:26:25 | Blacked Raw | 08-24-2020 | 09-05-2020 | PA0002255474 |
| 26 | Info Hash: C5BA5E243166DB830E399E8739882FEE8D0A6D84  File Hash: F85FA20EA3D5DCE116E2BACDD4D186DACBDD85D3AB44C27B658DBBC0819C4B71 | 03-19-2021 18:46:20 | Vixen | 10-11-2019 | 10-21-2019 | PA0002207779 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 31ABA0B21D81BC8ED066320EE2A56C75B5C91877<br>File Hash: 5AA78724398529E64D86597C0DDFDC8109760EC4D253C8A36CFF17AE3C768950 | 03-19-2021 16:43:37 | Vixen | 05-29-2020 | 06-16-2020 | PA0002253260 |
| 28 | Info Hash: 0279F8114C90ECBC2C775793D7CD9105ED963856<br>File Hash: 3DC45DDEEAF39622E73B28F7587BD6A4688887D83FC0D647EE20E12252B634AB | 03-19-2021 02:39:05 | Blacked | 01-15-2018 | 01-24-2018 | PA0002101768 |
| 29 | Info Hash: 6671533EE8277923DF4254534389F8630C5BF901<br>File Hash: E0FAF6BEA1F4A89CD20AC1663D44E496BEC7768D3B10A75F9EC68A970EADA341 | 03-19-2021 01:11:45 | Blacked | 11-16-2017 | 11-21-2017 | PA0002098042 |
| 30 | Info Hash: AA4E7F1D2EB7E81F78A5DA7811E1A2AE67EF4C6D<br>File Hash: A53AE027BFF6811943135C73BA9D92C172E7625C5C40075D1FB5C2E3E81F8F38 | 03-18-2021 21:53:14 | Blacked | 03-26-2019 | 04-16-2019 | PA0002187002 |
| 31 | Info Hash: 6485D2C06BE7023990B69BE93812D5066B963ED4<br>File Hash: 6BD50384C2A3D1B2EB118CCD6446810BFA75029F99661CE43DE6218B26DE128D | 03-18-2021 21:39:41 | Blacked | 04-20-2018 | 05-23-2018 | PA0002101307 |
| 32 | Info Hash: C2D663FC6711796FD69889CB39895E810ADC6938<br>File Hash: 8856D5B47B9E13F4AC1D4A19073A027727F8EDB060128D3A34AFE7C5C64E9B7D | 03-18-2021 21:31:57 | Blacked Raw | 05-07-2018 | 06-19-2018 | PA0002126670 |